# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Alexander,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                         3:11cv409

Astrue,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/30/2012 Order.

Signed: May 31, 2012

_____
Frank G. Johns, Clerk
United States District Court